No. 1148. MARTÍNEZ, PLAINTIFF AND APPELLANT, *v.* GONZÁLEZ ET AL., DEFENDANTS AND RESPONDENTS.—Appeal from the District Court of Arecibo in a case of intervention in ownership of real property. Motion by the appellant, with the consent of the adverse party, for leave to withdraw the appeal.

Decided May 18, 1914. Motion sustained. *Mr. Antonio Suliveres* for the appellant. *Mr. Santiago B. Palmer* for the respondents.